**Tanya ANUSIE–HOWARD, Plaintiff–Appellant,**

v.

**William TODD, Building Operations Supervisor; Michael Baker, Field Representative; Mike Eppig, Senior Operations Supervisor; Anthony Lee; Baltimore County Board of Education, Defendants–Appellees.**

No. 15–1343.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 27, 2015.

Decided: Aug. 31, 2015.

Tanya Anusie–Howard, Appellant Pro Se. Adam Elliot Konstas, Lisa Y. Settles, Pessin Katz Law, P.A., Towson, Maryland, for Appellees.

Before GREGORY, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tanya Anusie–Howard appeals the district court's orders denying relief on her claims alleging violations of the Family Medical Leave Act. We have reviewed the record, including the district court's opinions, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Anusie–Howard v. Todd*, No. 1:12–cv–00199–WDQ, 2015 WL 857360 (D. Md. Jan. 29, 2013, Nov. 18, 2013, and Feb. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*